**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.                                               **Case No. 8:05-cr-183-T-26MSS**
                                                                   **8:00-cr-120-T-30EAJ**

**JESUS MOJICA,**

      **Defendant.**
_____/

## O R D E R

THIS CAUSE is before the court on the **Defendant's Motion for Pretrial Release** (Doc. 56).  By this motion, the Defendant requests the court revisit its order of detention and fashion conditions that will allow him release pending the trial of this cause.  A hearing on the motion was conducted on August 3, 2005.  After careful consideration of the arguments and a review of the court file and, in particular, orders of detention or release entered on the co-defendants, the court hereby **DENIES** the Defendant's motion.  While the evidence adduced at the hearing indicates that the Defendant has substantial ties to the Middle District of Florida and that he can likely overcome the statutory presumption that he is a risk of flight, the court is unable to conclude that he can overcome the statutory presumption that he is a danger to the community of continued criminal activity should he be released.  As reflected in the Order of Detention (Doc. 16), at the time of the alleged instant offenses, the Defendant was on supervised release for a prior methamphetamine conviction.  While the Defendant urges that the evidence of guilt is weak in the instant offense, the information proffered

by the government suggests otherwise.  In these circumstances, the court affirms its prior Order of Detention pending trial.

**Done and Ordered** in Tampa, Florida, this 4th day of August 2005.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Lee Bentley, Assistant United States Attorney
Brian Bieber, Counsel for Defendant